[No. 18905–1–I. Division One. January 4, 1988.]

*In the Matter of the Marriage of* PAUL L. HOWLAND, *Appellant, and* WINIFRED E. HOWLAND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–124039, Sharon S. Armstrong, J., entered June 26, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 19259–1–I. Division One. January 4, 1988.]

DAVID L. POST, *Respondent,* v. LEONARD CHERNOFF, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–2–01667–6, Dennis J. Britt, J., entered September 11, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Williams, JJ.

[No. 19890–4–I. Division One. January 4, 1988.]

JEAN SCHIEDLER–BROWN, *Appellant,* v. ESTER GREENFIELD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–09629–2, Susan R. Agid, J., entered December 29, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.